

# Fourth Court of Appeals
## San Antonio, Texas

May 28, 2014

No. 04-14-00282-CV

**IN RE STATE OF TEXAS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Karen Angelini, Justice
                 Marialyn Barnard, Justice
                 Rebeca C. Martinez, Justice

On May 23, 2014, real party in interest A.L.F.L. filed a motion suggesting that intervening actions by the trial court in the underlying divorce proceeding have rendered this original mandamus proceeding and the relief conditionally granted by this court moot. This court is of the opinion that the issue raised by the motion requires further consideration. **The respondent judge and the relator, The State of Texas, may file a response to the motion in this court no later than June 2, 2014. The court requests that any response address whether or not the trial court's actions and order signed May 16, 2014, render the issues raised and addressed in this mandamus proceeding moot.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on May 28th, 2014.              PER CURIAM

ATTESTED TO: _____
                           Keith E. Hottle
                           Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CI02421, styled *A.L.F.L. v. K.L.L.*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding.